UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20797-CIV-MARTINEZ

EYAL SAVIR, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

      Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Defendant's Notice of Settlement, (ECF No. 9), which states that they have settled this case. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before May 30, 2022**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of April, 2022.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record