UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20797-CIV-MARTINEZ-BECERRA

EYAL SAVIR, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 13). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record